# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS THOMAS WILLIAMSON, | Case No. ED CV 11-0147 AG (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: Dec 21, 2011

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE